# Court of Appeals
# of the State of Georgia

ATLANTA,  August 02, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0001. KENDRA DALE v. SADIE MORRIS.

Sadie Morris filed a dispossessory action in magistrate court against Kevin Partridge and Kendra Dale. The magistrate court entered judgment and a writ of possession in favor of Morris. Dale appealed to the superior court, which heard the matter de novo and ruled in favor of Morris. Dale then filed a notice of appeal directed to this Court. The superior court dismissed Dale's appeal based on her failure to timely file the transcript for inclusion in the record on appeal, and she filed another notice of appeal. We, however, lack jurisdiction.

As a general rule, "a trial court's order dismissing a properly filed direct appeal is itself subject to a direct appeal." *American Med. Security Group, Inc. v. Parker*, 284 Ga. 102, 103 (2) (663 SE2d 697) (2008). However, a trial court's order dismissing an improperly filed direct appeal is not subject to direct appeal. See id. Moreover, appeals from decisions of superior courts reviewing decisions of lower courts by petition for review must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (1). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Dale seeks to appeal a decision of the superior court reviewing a decision of the magistrate court, she was required to file an application for discretionary review. Her failure to do so deprives us of jurisdiction over this direct

appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/02/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*